UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY STEVENS, et al.,

    Plaintiffs,

  v.

JIFFY LUBE INTERNATIONAL, INC.,

    Defendant.

Case No. 15-cv-01511-HSG

**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**

The Court has reviewed the letter briefs separately filed by the parties on June 11, 2015. Plaintiffs' counsel states that he is unable to attend the hearing on Defendant's motion to compel arbitration scheduled for today, June 11, 2015, due to a medical emergency. The Court takes this very serious representation at face value, and thus vacates the hearing. The Court further orders the parties to meet and confer to agree on a new hearing date. The parties shall file a stipulation regarding the new agreed-upon hearing date by June 17, 2015. At the hearing, Plaintiffs' counsel should be prepared to personally explain to the Court the circumstances requiring the continuance.

The Court also vacates the case management conference currently set for July 14, 2015. If necessary, the Court will reset the case management conference after the pending motion to compel arbitration is resolved.

Going forward, the Court expects the parties to resolve issues like this one by meeting and conferring, without involving the Court.

**IT IS SO ORDERED.**

Dated: June 11, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge